DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CROWLEY MARINE SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:05-cv-0288-RRB |

## ENTRY OF APPEARANCE

The law firm of Keesal, Young & Logan enters its appearance on behalf of defendant Crowley Marine Services, Inc. and requests that copies of all pleadings and other documents, excluding service of process, filed in this action be served upon it at Keesal, Young & Logan, 1029 West Third Avenue, Suite 650, Anchorage, AK 99501, doug.davis@kyl.com.

DATED at Anchorage, Alaska this 10th day of January, 2006.

KEESAL, YOUNG & LOGAN
Attorneys for Crowley Marine Services, Inc.

s/DOUGLAS R. DAVIS
1029 W. Third Avenue, Suite 650
Anchorage, AK  99501
(907) 279-9696
(907) 279-4239 facsimile
doug.davis@kyl.com
Alaska Bar No. 7605022

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 10TH DAY OF JANUARY, 2006 TO:

Via Mail

Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK k 99501

s/ DOUGLAS R. DAVIS