DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>　　　　　　　Defendant. | Case No. 3:05-cv-0288-TMB<br><br>**DISCLOSURE STATEMENT**<br>**PURSUANT TO RULE 7.1** |

　　　　Crowley Marine Service, Inc., in accordance with the requirements of Federal Rule of Civil Procedure 7.1, states that it is a wholly owned subsidiary of Crowley Maritime Corporation, a privately held corporation.

DATED at Anchorage, Alaska this 23rd day of February, 2006.

KEESAL, YOUNG & LOGAN
Attorneys for Crowley Marine Services, Inc.

s/DOUGLAS R. DAVIS
1029 W. Third Avenue, Suite 650
Anchorage, AK  99501
(907) 279-9696
(907) 279-4239 facsimile
doug.davis@kyl.com
Alaska Bar No. 7605022

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 23RD DAY OF FEBRUARY, 2006 TO:

Via Mail

Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK  99501

s/ DOUGLAS R. DAVIS

DISCLOSURE STATEMENT PURSUANT TO RULE 7.1
*CROCHET v. CROWLEY MARINE SERVICES, INC.*