1  DOUGLAS R. DAVIS
   KEESAL, YOUNG & LOGAN
2  1029 West Third Avenue, Suite 650
   Anchorage, Alaska 99501-1954
3  doug.davis@kyl.com
   Telephone:  (907) 279-9696
4  Facsimile:   (907) 279-4239

5  Attorneys for Crowley Marine Services, Inc.

6

7              IN THE UNITED STATES DISTRICT COURT

8                FOR THE DISTRICT OF ALASKA

9

10
   GARY J. CROCHET,                    )
11                                     )   Case No.  3:05-cv-0288-TMB
                        Plaintiff,     )
12                                     )
            vs.                        )
13                                     )
   CROWLEY MARINE SERVICES, INC.,      )   **MOTION TO AMEND ANSWER**
14                                     )
                        Defendant.     )
15                                     )
                                       )
16                                     )
                                       )
17  _____)

18

19          Comes now, Defendant Crowley Marine Services, Inc. ("Crowley") and

20  moves the court pursuant to the provisions of Fed.R.Civ.P. 15(a) for leave to

21  amend its answer to assert an additional affirmative defense that plaintiff's

22  claims for payment of "voyage continuation wages" are preempted by operation of

23  law in accordance with §301 of the Labor Relations Management Act, 29 U.S.C.

24  §185, and barred by expiration of the six month statute of limitations applicable

25  to such claims.

26

1         This motion is supported by the attached memorandum.

2         DATED at Anchorage, Alaska this 3rd day of April, 2006.

3

4               KEESAL, YOUNG & LOGAN
                Attorneys for Crowley Marine Services, Inc.

5

6               s/DOUGLAS R. DAVIS
                1029 W. Third Avenue, Suite 650

7               Anchorage, AK  99501
                (907) 279-9696

8               (907) 279-4239 facsimile
                doug.davis@kyl.com

9               Alaska Bar No. 7605022

10  CERTIFICATE OF SERVICE:

11  I HEREBY CERTIFY THAT I CAUSED TO
    BE SERVED A TRUE AND CORRECT COPY
12  OF THE FOREGOING THIS 3RD DAY OF
    APRIL, 2006 TO:

13

14  Via Mail

15  Heather L. Gardner
    Law Office of Michael J. Patterson
16  810 W. 2nd Avenue
    Anchorage, AK  99501

17  s/ DOUGLAS R. DAVIS

18

19

20

21

22

23

24

25

26

MOTION TO AMEND ANSWER
*CROCHET v. CROWLEY MARINE SERVICES, INC.*