DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>               Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>               Defendant. | Case No. 3:05-cv-0288-TMB<br><br><br>**PROPOSED**<br>**ORDER RE: MOTION TO AMEND ANSWER** |

      The Court having considered defendant Crowley Marine Services, Inc.'s motion to amend its answer,

      IT IS HEREBY ORDERED that the motion is GRANTED. Defendant may file its proposed amended answer.

//

//

//

DATED at Anchorage, Alaska this _____ day of April, 2006.

_____
TIMOTHY BURGESS
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 3RD DAY OF APRIL, 2006 TO:

Via Mail

Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK  99501

s/ DOUGLAS R. DAVIS

ORDER
*CROCHET v. CROWLEY MARINE SERVICES, INC.*