DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>    Plaintiff,<br><br> vs.<br><br>CROWLEY MARINE SERVICES, INC.,<br><br>    Defendant. | Case No. 3:05-CV-288-RRB<br><br>**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE WRONGFUL TERMINATION CLAIM** |

   Defendant Crowley Marine Services, Inc. moves the court for its order granting Crowley summary judgment dismissing the wrongful termination claim of plaintiff Gary Crochet. This motion is supported by the attached memorandum and declaration.

   DATED at Anchorage, Alaska this 3rd day of April, 2006.

|   |   |
|---|---|
| 1 | KEESAL, YOUNG & LOGAN |
| 2 | Attorneys for Crowley Marine Services, Inc. |

s/DOUGLAS R. DAVIS
1029 W. Third Avenue, Suite 650
Anchorage, AK  99501
(907) 279-9696
(907) 279-4239 facsimile
doug.davis@kyl.com
Alaska Bar No. 7605022

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 3RD DAY OF APRIL, 2006 TO:

Via US Mail

Michael J. Patterson
Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK 99501

s/ DOUGLAS R. DAVIS

SE43461