# CROWLEY®

Gary Crochet
990 Tom Watson PL
Wasilla, AK 99654

Certified Mail/Return Receipt Requested

November 22, 2004

Dear Mr. Crochet:

This letter will document our telephone conversation on November 18, 2004 regarding your termination for stealing company property.

On November 11, 2004 you were suspended pending further investigation for stealing food aboard the Barge 450-1 located at Naked Island in Valdez, Alaska. The Company concluded its investigation on November 18, 2004 and determined that you had indeed taken food from the Barge 450-1 without authorization.

Additionally, you had a telephone conversation with one of our Risk Department employees on November 15, 2004 in which you were hostile and abusive, conduct that is not tolerated by this company.

Please be advised, that you are not eligible for rehire.

Regards,

Frosty Leonard
Director, Operations


cc:   MMP
      L. Egland
      File

Crowley Marine Services, Inc.
Post Office Box 2287, Seattle, Washington 98111-2287 - (206) 332-8000 - Fax. (206) 332-8300
300 Harbor Boulevard, Berth 86, San Pedro, CA 90731 - (310) 732-6500 - Fax: (310) 732-6590
2525 C Street, Suite 408, Anchorage, Alaska 99503-2639 - (907) 278-4978 - Fax: (907) 257-2828
1333 Canal Boulevard, Richmond, CA 94804 - (510) 215-3663 - Fax: (510) 215-4981
Post Office Box 2110, Jacksonville, Florida 32203-2110 - (904) 727-2200 - Fax: (904) 727-2401
www.crowley.com