# INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS
## PACIFIC MARITIME REGION

**2333 Third Avenue ★ Seattle, Washington 98121-1711 ★ Telephone: (206) 441-1070 ★ Fax: (206) 443-3752**



March 15, 2005

Mr. Gary Crochet
990 Tom Watson Place
Wasilla, Alaska 99654

RE: Termination

Dear Mr. Crochet:

    You have filed a grievance with the MMP challenging the validity of your termination from Crowley Marine Services for theft. Following the filing of your grievance, you participated in a Joint Conference Board hearing with representative from MMP and Crowley and made statements on your defense and provided names of persons that you believed would provide support for your position as witnesses.

    In investigating this grievance, I have interviewed or reviewed statements from the witnesses that you named as supporting your case. In addition, I have reviewed all documents that you have provided as well as any others that I deemed relevant to this matter. After a careful review of all the evidence, the Union has determined that it cannot proceed to arbitration in this matter because it is unlikely to prevail at hearing in view of all of the factors. You should be aware, that all of the witnesses that you presented did not support your version of events and in fact, contradicted them. Given this fact, as well as the fact that Mr. Hernandez was caught with the stores with no reasonable explanation led us to the conclusion that we could not prevail. I am truly sorry that the Union could not be of more assistance to you in this matter.

Sincerely,

*[signature]*

Captain Steven J. Demeroutis
Vice President, United Inland Group-Pacific Maritime Region
IOMM&P


CC:   Captain Glen Banks, IOMM&P International Secretary Treasurer
       John Singleton, IOMM&P General Counsel