**Valdez Regional Health Authority, Inc.**
911 Meals Avenue • P.O. Box 550 • Valdez, AK 99686
907-835-2249 • Fax 907-835-3735

~~221~~ 2315

Date 11-1-04

Time 2315

Chief Complaint (L) arm numbness

| Current Medications: Zanaflex, AAH | Allergies: Codeine | Mode of Arrival: Ambulance Stretcher Carried Private Vehicle Wheelchair Walked |
|---|---|---|

| Temp | Pulse | Resps | BP | SPO2 | Wt | LMP | FHT | Last Tetanus | VA |
|---|---|---|---|---|---|---|---|---|---|
| 97 | 93 | 20 | 151/93 | | 182 | — | — | — | yes |

**Nursing Assessment** (L) arm tingling + numbness all the way to the fingers. Sharp shooting pain when looking to the left. 10/29 began to have (L) leg pain that resolved. DC Ambulatory @ 0050 c Rx & ER PACs [signature]

**Time Physician Notified** ~~Khox~~ Kohn T C L G

**Time Physician arrived in ER** ~~2330~~

| Physician's Record | Physician's Orders |
|---|---|
| S: 48 y/o m woke 10-29 with severe (L) arm/hand pain + numbness. Hx lumbar discectomy 2000, pt Dr Klimow Anchorage. Sx reproduced by turning head to (L). ~~(L) leg~~ had (L) ant thigh pain + numb, resolved. Unable to lift w/ (L) arm. ∅ injury. ∅ bowel/bladder incont. Works on fishing boat. ∅ c/o chest pain or previous [illegible] | Flexeril prepack 10mg ♀ [illegible] #20 (given 3) prepack (Script #15) |
| O: Grimacing. Neck supple ∅ spine tender. Pain reproduced by axial loading. HEENT clear. Lungs: CTA. Cor: RRR. Hand grasp, arm flex/ext 5/5 (B). Biceps, knees, ankles 2/2 (B). ∅ back tender. FROM shoulders, elbow | Ibuprofen 800 mg one tab po x 1, #4 |
| A: Radicular pain (L) arm. | Percocet 325/5 2 tabs po now then Rx 4 tabs prepack 1-2 po q4h — Script #30 |
| P: D/W Health Force MD — not fit for full duty. Make next avail appt Dr Klimow. Heat, ice, no lifting (L) arm, return if pain worsens. | |

**Physician's Signature** [signature]

**Nurse's Signature** [signature] RN

| Disposition | Time | Discharge Instruction Sheet Given: |
|---|---|---|
| 0050 90 | home | [signature] |

**Exhibit** 2, Page 1 of 6

DV Screening ☐ Yes ☐ No
☐ DV+ ☐ DV ☐ DV?

Name Crochet Gary

Outpatient Number Sd # 10184

# VALDEZ MEDICAL CLINIC

Patient Name _Crochet, Gary J._

11/2/04  Pt here w/ pain in R ER — lost night by Dr. Robin Dressler — determined odd — him during — in neck today. Pt does MRI — MR W+ go to Angel Nath — Dr Used MRI 3 — MR — 4-69
Pt feels he has numbed fingers and thumb

Valdez Medical Clinic

Gary Crochet    11/1/2004    Emp  11/3/04

48 years 11 months

| | |
|---|---|
| Subjective | Patient with pain that runs down left arm. |
| | Back pain 1 year ago received muscle relaxers |
| | Negative PPD this year.   729.2 Neuralgia, radiculitis |
| | 724.2 Low back pain |
| Past hx | Patient is fit/fit for duty at this point in terms of working on ship. Because of the sclerotic lesion at L2 I have recommended that he get the MRI of his L spine earlier than is usual. 11/20/2000 |
| Family Hx | None |
| Meds | None |
| Habits | SMOKER AT 1/2 PPD |
| Allergies | Codeine |
| Objective | |
| | HEENT  PERLA, EOM intact, Conjunctiva non inflamed, oropharynx clear, normal dentition, TM's clear, neck supple, no adenopathy, normal thyroid. |
| | Negative Apen's syndrome |
| | Heart  RRR, no murmur. PMI non displaced. |
| | Lungs  No respiratory distress, CTA, no rales, wheezes, rubs. |
| A/P | Mild cervical radiculopathy |
| | MRI when patient off work |

Exhibit _____

#1323BC — ©Medical Arts Press® 1-800-328-2179

Form No. CC-121 – Rev. 5, 10/01/03



# CROWLEY
## CLINIC REFERRAL FORM

[Form to be completed by Supervisor/Master/HR or ESQA Rep.]

| EMPLOYEE NAME: | DOB: | SSN#: | JOB TITLE: | WORK LOCATION: |
|---|---|---|---|---|
| Crochet, Gary | 12/12/55 | 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 | QA MMC | Barge 4520-1 |

EXAM DATE/TIME:                         MEDICAL FACILITY:

| ∨ | EXAM/SERVICE | ∨ | Due Date | EXAM/SERVICE |
|---|---|---|---|---|
| | AUDIOGRAM-BASELINE (OSHA) - (First time) | | | IMMUNIZATION (DESCRIBE) |
| | AUDIOGRAM-ANNUAL (OSHA) | | | PHYSICAL-PRE-EMPLOYMENT (A) |
| | BENZENE EXAM-BASELINE (First time) | | | PHYSICAL-PRE-EMPLOYMENT (B)- Hep B shots |
| | BENZENE EXAM-ANNUAL | | | RESPIRATORY QUESTIONNAIRE |
| | HEPATITIS B VACCINATION- SHOT# | | | TETANUS SHOT |
| | PHYSICAL-ANNUAL (DESCRIBE) | | | OTHER (Describe) |

| ∨ | REASON FOR DRUG/ALCOHOL TEST | ∨ | Due Date | DRUG/ALCOHOL TESTING (Reason for testing must be completed) |
|---|---|---|---|---|
| | POST ACCIDENT/SERIOUS MARINE INCIDENT | | | BREATH ALCOHOL TEST-FORENSIC- (NON-DOT) (Pre-Employment, Pre-access, Admin reasonable suspicion/cause) |
| | PRE-ACCESS | | | |
| | PRE-EMPLOYMENT | | | BREATH ALCOHOL TEST-FEDERAL-(DOT) (FHWA & USCG-Post Accident, Reasonable suspicion/cause only) |
| | RANDOM | | | |
| | REASONABLE SUSPICION/CAUSE | | | DRUG SCREEN-FEDERAL- (DOT) (5 Panel)- (Vessel pre-employment USCG, FHWA Only) |
| | RETURN TO DUTY | | | |
| | OTHER- Periodic, MRO follow-up, DOD, etc. | | | DRUG SCREEN-FORENSIC- (NON-DOT) (5 Panel Only) - (Admin pre-employment, Pre-access, DOD) |

| ∨ | INJURY/ILLNESS | | | |
|---|---|---|---|---|
| X | FIT FOR DUTY (follow-up)- Work Related (injury) Illness | | | |
| | FIT FOR DUTY-Non-Work Related injury | | | |
| * | SPECIAL INSTRUCTIONS/COMMENTS: | | | |

Exhibit ___

| REFERRED BY (Print Name): | PHONE NO: | DATE: 11/2/04 |
|---|---|---|

SEE BACK OF FORM FOR IMPORTANT BILLING AND DRUG TESTING INSTRUCTIONS

Page 3 of 6

Exhibit __

**White**- Employee/Applicant take to clinic.    **(2) Yellow**-Homeport Marine Ops    **(3) Pink**- Sr. Administrator- Jacksonville-HR



# CROWLEY
## CLINIC REFERRAL FORM

[Form to be completed by supervisor/Master/HR or ESQA Rep.]

| EMPLOYEE NAME: Crochet, Gary | DOB: 12/12/55 | SSN#: 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 | JOB TITLE: QA Mate | WORK LOCATION: Barge 450-1 |
|---|---|---|---|---|

| EXAM DATE/TIME: | MEDICAL FACILITY: | | |
|---|---|---|---|

| ✓ | EXAM/SERVICE | Due Date | ✓ | EXAM/SERVICE |
|---|---|---|---|---|
| | AUDIOGRAM-BASELINE (OSHA) - (first time) | | | IMMUNIZATION (DESCRIBE) |
| | AUDIOGRAM-ANNUAL (OSHA) | | | PHYSICAL-PRE-EMPLOYMENT (A) |
| | BENZENE EXAM-BASELINE (first time) | | | PHYSICAL-PRE-EMPLOYMENT (B)- Hep B shots |
| | BENZENE EXAM-ANNUAL | | | RESPIRATORY QUESTIONNAIRE |
| | HEPATITIS B VACCINATION- SHOT # | | | TETANUS SHOT |
| | PHYSICAL-ANNUAL (DESCRIBE) | | | OTHER (Describe) |

| ✓ | REASON FOR DRUG/ALCOHOL TEST | Due Date | ✓ | DRUG/ALCOHOL TESTING (Reason for testing must be completed) |
|---|---|---|---|---|
| | POST ACCIDENT/SERIOUS MARINE INCIDENT | | | BREATH ALCOHOL TEST-FORENSIC- (NON-DOT) (Pre-Employment, Pre-access, Admin reasonable suspicion/cause) |
| | PRE-ACCESS | | | |
| | PRE-EMPLOYMENT | | | BREATH ALCOHOL TEST-FEDERAL- (DOT) (FHWA & USCG-Post Accident, Reasonable suspicion/cause only) |
| | RANDOM | | | |
| | REASONABLE SUSPICION/CAUSE | | | DRUG SCREEN-FEDERAL - (DOT) (5 Panel)- (Vessel pre-employment USCG, FHWA Only) |
| | RETURN TO DUTY | | | |
| | OTHER- Periodic, MRO follow-up, DOD, etc. | | | DRUG SCREEN-FORENSIC - (NON-DOT) (5 Panel Only)- (Admin pre-employment, Pre-access, DOD) |

| ✓ | INJURY/ILLNESS |
|---|---|
| X | FIT FOR DUTY (follow-up) - Work Related injury/illness |
| | FIT FOR DUTY-Non-Work Related injury |

| * | SPECIAL INSTRUCTIONS/COMMENTS: |
|---|---|

**Exhibit**

| REFERRED BY (Print Name): | PHONE NO: | DATE: 11/2/04 |
|---|---|---|

SEE BACK OF FORM FOR IMPORTANT BILLING AND DRUG TESTING INSTRUCTIONS



Exhibit A page 4 of 6

Form No. CC-12 Rev. 09/01/03

**Valdez Regional Health Authority, Inc.**
911 Meals Avenue • P.O. Box 550 • Valdez, AK 99686
907-835-2249 • Fax 907-835-3735

~~221~~ 2315

Date 11-1-04

Time 2315

Chief Complaint (L) arm numbness

| Current Medications | Allergies | Mode of Arrival: Ambulance Stretcher Carried Private Vehicle Wheelchair Walked |
|---|---|---|
| Zanaflex | Codeine | |

| Temp | Pulse | Resps | BP | SPO2 | Wt | LMP | FHT | Last Tetanus | VA |
|---|---|---|---|---|---|---|---|---|---|
| 97 | 93 | 20 | 151/93 | | 182 | — | — | — | yes |

Nursing Assessment (L) arm tingling + numbness all the way to the fingers. Sharp shooting pain when looking to the left. 10/29 began to have (L) leg pain that resolved. DC ambulatory @ 0050 c Rx + ER PACS [illegible signature]

Time Physician Notified T C L G Khoa Kohn

Time Physician arrived in ER ~~2330~~

| Physician's Record | Physician's Orders |
|---|---|
| S: 48 y/o m woke 10-29 with severe (L) arm/hand pain + numbness. Hx lumbar discectomy 2000, pt Dr Klimow Anchorage. Sx reproduced by turning head to (L). Also had (L) ant thigh pain + numb, resolved. Unable to lift w/ (L) arm. Ø injury. Ø bowel/bladder incont. Works on fishing boat. Ø c/o chest pain or premed. O: Grimacing. Neck supple, Ø spine tender, pain reproduced by axial loading. HEENT clear. Lungs: CTA. [illegible] hand grasp, arm flex/ext 5/5 (B). Biceps, knees, ankles 2/2 (B). [illegible] tender FROM shoulders, elbow. A: Radicular pain (L) arm. P: D/W HealthForce MD - not fit for full duty. Make next available appt Dr Klimow. Heat, ice, no lifting (L) arm, return if pain worsens | Flexeril prepack 10mg po q8° prn #20 three; prepack Script #15. Ibuprofen 800mg one tab po x1, 8mg #4 [illegible]. Percocet 325/5 2 tabs po now, then PSP 4 tabs prepack #1 po q4h — Script #30 |

Physician's Signature [illegible signature]

Nurse's Signature D [illegible] RN

Disposition 0050 90 | Time home

Discharge Instruction Sheet Given: [illegible signature]

Exhibit 2

DV Screening ☐ Yes ☐ No
☐ DV+ ☐ DV ☐ DV?

Name Crocket Gary

Outpatient Number SA # 10184

Exhibit 2
Page 5 of 6

:\Forms\Emergency Department Record.doc Form # 001-26

Patient Name Crochet, Gary J.

11/2/04. Pt here. Was seen in ER last nite by Dr. Kohn, Crowley
480 concerned about him driving
Wt 190. to Anch. had ī Percocet at
110/60. 1 AM last nite. Need MRI ? ...
P-68 Pt feels he has pinched nerve
(L) arm and fingers went numb

Valdez Medical Clinic

Error
~~11/1/2004~~
11/2/04

Gary Crochet

48 years 11 months

Subjective: Patient with pain that runs down left arm.

Past hx:
Back pain 1 year ago received muscle relaxers
Negative PPD this year. 729.2 Neuralgia, radiculitis
724.2 Low back pain
Patient is ~~unfit~~ fit for duty at this point in terms of working on ship.
Because of the sclerotic lesion at L2 I have recommended that he get the MRI of his L spine earlier than is usual. 11/20/2000

Family Hx: None

Meds: None

Habits: SMOKER AT 1/2 PPD

Allergies: Codeine

Objective:
HEENT PERLA, EOM intact, Conjunctiva non inflamed, oropharynx clear, normal dentition, TM's clear, neck supple, no adenopathy, normal thyroid.
Negative Apert's syndrome
Heart RRR, no murmur. PMI non displaced.
Lungs No respiratory distress, CTA, no rales, wheezes, rubs.

A/P: **Mild cervical radiculopathy**

MRI when patient off work

**VALDEZ MEDICAL CLINIC**

#13238C — ©Medical Arts Press® 1-800-328-2179

Exhibit 2
Page 6 of 6