**john alioth**

**From:** john alioth [jt99504@acsalaska.net]
**Sent:** Monday, January 31, 2005 12:21 AM
**To:** 'sdemeroutis@bridgedeck.org'
**Subject:** Important Information

*[handwritten: John new cell 529-0649]*

January 31, 2005

Dear Sir:

    Hello my name is John Alioth; I work for Crowley Marine Service in Valdez, Alaska. I am a Deck Eng/ on the Mineral Creek Barge. I am not afraid to stand up for what's right.

I am coming up forward with information pertaining about Gary Crowchet and Cain Hernandez involving a theft on one of the barges. I have never known Gary to steal for his own gain; I have known Gary for about 6 yrs. I have worked with him twice, once on the tug boat Alert, and again on 450-1 barge where he was the mate. I know he has been with Crowley for over 10 yrs. Gary is a type of person who CYA, he writes every little thing down in his own black book, he also writes down every little thing on the barge daily logs, that matches every entry in the log. Gary called me the on day he was been taking off the 450-1 barge, he was telling me every thing. I told Gary that I did not believe what the Crowley office was doing to him and Cain Hernandez, who is the tanker man on Barge 450-1.Gary for a very long time he has always brought food from home to share it with the crew, like Crawfish, Moose Meat, or whatever he had. I know that Gary is a straight forward guy; all he ever asked of the crew was to work and get the job done.
 Since all this came down with Gary and Cain every crew member in Valdez was in shock. The stories that the crew where not matching up to the fax's, people had thing all missed up. I had a shipmate come to me about the whole mess, I asked where did you get your information, he told me that he got it through the grape vine, from other crew members. I told him then that it would be the best thing not to say anything.
Before Gary was taken off the 450-1 barge, Jay Linden was on the Mineral Creek he was telling me that he got Gary and Cain back real good.
Well I got on my cell phone and called both; Cain and Gary, that they need to have this guy stop saying things because this was looking real bad with, Crowley management in Valdez. About a year ago, Alex Sweeny made a statement during a crew meeting that he had; Gary Crowchet named tattooed on his forehead. Now what do you think is going on here.

Please give me a call before you closed this investigation.

Thank you,

John Alioth
(907) 333-3391
E-mail: jt99504@acsalaska.net

**Exhibit** _____

1/31/2005

Exhibit 3
Page 1 of 1