### Gary J Crochet

| | |
|---|---|
| **From:** | "Mark Siems" <msiems@bridgedeck.org> |
| **To:** | "'Gary J Crochet'" <crowone@mtaonline.net> |
| **Sent:** | Wednesday, November 17, 2004 7:56 AM |
| **Subject:** | RE: To let you know of Medical Data yhay I am faxing |

Gary,

I spoke with Lee Egland last evening, and he has directed Frosty to not contact you except through me. If Carrie Weiss contacts you, then I would recommend that you accept calls from her regarding medical issues only. If you wish to filter these calls through your wife, then that is fine as well. It would appear from my conversation with Lee, that at this point they will not be voluntarily covering any further medical expenses of yours. I would be inclined to suggest that you go the doctor as scheduled if at all possible, pay for the appointment yourself, then we will work on getting you reimbursed. I will very likely be meeting with Lee today, and we will be addressing this issue. I asked Lee as to your status, and he stated that in fact you are suspended without pay, pending the outcome of their investigation.

I will advise you as to any and all developments in this issue as they occur.

Regards.

Mark Siems
MMP Seattle


-----Original Message-----
**From:** Gary J Crochet [mailto:crowone@mtaonline.net]
**Sent:** Tuesday, November 16, 2004 4:12 PM
**To:** msiems@bridgedeck.org
**Subject:** To let you know of Medical Data yhay I am faxing

## From The Desk Of;
## Gary J Crochet

PO Box 872321
Wasilla, AK
Fax (907) 373-7044
Phone (907) 373-6397

Exhibit _____

Exhibit 4
Page 1 of 1

To Mark;
Captain Sims. I finally received the clinical referral that I was waiting

4/10/2005