Heather L. Gardner, Esq.
Michael J. Patterson, Esq.
810 W. Second Avenue
Anchorage, Alaska 99501
Phone: (907)276-7966
Fax: (907)276-0479

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

GARY J. CROCHET,
Plaintiff,

v.

CROWLEY MARINE SERVICES, INC.
Defendant.

Case No. 3:05-CV-288 RRB

# OPPOSITION TO CROWLEY'S MOTION TO AMEND ANSWER

The Defendant, Crowley Maritime Services Inc. (hereinafter "Crowley") has filed a Motion to amend its answer to include an affirmative defense that the LMRA preempts Plaintiff Gary Crochet's (hereinafter "Crochet") claims for voyage continuance wages.

Crochet, through counsel, opposes Crowley's Motion to Amend on the exact basis set forth in Crochet's Opposition to Partial Summary Judgment Re Voyage Continuance Wages dated April 17, 2006. In the interest of judicial economy and expediency, Crochet

LAW OFFICE OF MICHAEL J. PATTERSON
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
SBN: 7806051 PHONE: 907-276-7966 FAX: 907-276-0479

LAW OFFICE OF MICHAEL J. PATTERSON
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
SBN: 7806051 PHONE: 907-276-7966 FAX: 907-276-0479

refers the court to its Opposition and asks this Court to deny, on the same grounds, Crowley's Motion to Amend Answer.

For the reasons discussed in Crochet's Opposition to Motion for Partial Summary Judgment Re Voyage Continuance Wages, Crowley's Motion to Amend Answer should be DENIED.

DATED this 18th day of April 2006 at Anchorage, Alaska.

Heather L. Gardner # 0111079
Attorney for Plaintiff Gary J. Crochet

I hereby certify that a copy of the foregoing document was hand-delivered/mailed to the following on the 18th day of April, 2006:

Douglas R. Davis, Esq.
1029 W. Third Avenue Suite 650
Anchorage, Alaska 99501

by: Joyce Gardner

Case 3:05-cv-00288-TMB Document 19 Filed 04/18/2006 Page 2 of 2