**LAW OFFICE OF MICHAEL J. PATTERSON**
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
SBN: 7806051    PHONE: 907-276-7966    FAX: 907-276-0479

Heather L. Gardner, Esq.
Michael J. Patterson, Esq.
810 W. Second Avenue
Anchorage, Alaska 99501
Phone: (907)276-7966
Fax: (907)276-0479

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GARY J. CROCHET,                )
                                (
          Plaintiff,             )
                                (
v.                               )
                                (
CROWLEY MARINE                   )
SERVICES, INC.                   (
                                 )
          Defendant.             (    Case No. 3:05-CV-288 (RRB)
_____  )

**ORDER RE: OPPOSITION TO CROWLEY'S MOTION TO AMEND ANSWER**

**IT IS SO ORDERED** that Crowley's Motion To Amend Answer is

Denied/Granted.

DATED this _____ day of April 2006 at Anchorage, Alaska.

_____
Judge, Federal District Court

*Crochet v. Crowley Maritime Services Inc.*
Case No. 3:05-CV-288 RRB
Order re: Opposition to Amend Answer
Page 2 of 2

I hereby certify that a copy of the foregoing document was hand-delivered/mailed to the following on the 18th day of April, 2006:

Douglas R. Davis, Esq.
1029 W. Third Avenue Suite 650
Anchorage, Alaska 99501

by: *[signature]*

**LAW OFFICE OF MICHAEL J. PATTERSON**
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
SBN: 7806051   PHONE: 907-276-7966   FAX: 907-276-0479