**LAW OFFICE OF MICHAEL J. PATTERSON**
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
PHONE: 907-276-7966   FAX: 907-276-0479
SBN: 7806051

Heather L. Gardner, Esq.
Michael J. Patterson, Esq.
810 W. Second Avenue
Anchorage, Alaska 99501
Phone: (907)276-7966
Fax: (907)276-0479

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GARY J. CROCHET,                )
                                )
            Plaintiff,           )
                                )
v.                              )
                                )
CROWLEY MARINE                  )
SERVICES, INC.                  )
                                )
            Defendant.           )    Case No. 3:05-CV-288 (RRB)
                                )

ORDER RE: OPPOSITION TO CROWLEY'S MOTION FOR PARTIAL
SUMMARY JUDGMENT RE WRONGFUL TERMINATION

**IT IS SO ORDERED** that Crowley's Motion for Partial Summary Judgment is Denied/Granted, and Plaintiff's Cross Motion for Summary Judgment is hereby Granted/Denied.

DATED this _____ day of April 2006 at Anchorage, Alaska.

_____
Judge, Federal District Court

*Crochet v. Crowley Maritime Services Inc.*
Case No. 3:05-CV-288 RRB
Order re: Opposition to Partial MSJ and Cross Motion for Partial MSJ
Page 2 of 2

**LAW OFFICE OF MICHAEL J. PATTERSON**
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
SBN: 7806051   PHONE: 907-276-7966   FAX: 907-276-0479

I hereby certify that a copy of the foregoing document was hand-delivered/mailed to the following on the 18th day of April, 2006:

Douglas R. Davis, Esq.
1029 W. Third Avenue Suite 650
Anchorage, Alaska 99501

by: /s/ *[signature]*