Heather L. Gardner, Esq.
Michael J. Patterson, Esq.
810 W. Second Avenue
Anchorage, Alaska 99501
Phone: (907)276-7966
Fax: (907)276-0479

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CROWLEY MARINE SERVICES, INC. | ) |
| | ) |
| Defendant. | ) Case No. 3:05-CV-288 (RRB) |
| _____ | ) |

### ORDER RE: OPPOSITION TO CROWLEY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE WRONGFUL TERMINATION

**IT IS SO ORDERED** that Crowley's Motion for Partial Summary Judgment is

Denied/Granted, and Plaintiff's Cross Motion for Summary Judgment is hereby

Granted/Denied.

DATED this _____ day of April 2006 at Anchorage, Alaska.

810 W. 2ND AVENUE                         _____
                                          Judge, Federal District Court

**LAW OFFICE OF MICHAEL J. PATTERSON**
901 F. 276-7966 ANCHORAGE, ALASKA 99501 FAX: 276-0479

I hereby certify that a copy of the foregoing document was hand-delivered/mailed to the following on the 18TH day of April, 2006:

Douglas R. Davis, Esq.
1029 W. Third Avenue Suite 650
Anchorage, Alaska 99501

by: _____

810 W. 2ND AVENUE

LAW OFFICE OF MICHAEL J. PATTERSON
SUITE 730, ANCHORAGE, ALASKA 99501 FAX: 279-0479

*Crochet v. Crowley Maritime Services Inc.*  Order re: Opposition to Partial MSJ and Cross
Case No. 3:05-CV-288 RRB   Motion for Partial MSJ