1   DOUGLAS R. DAVIS
    KEESAL, YOUNG & LOGAN
2   1029 West Third Avenue, Suite 650
    Anchorage, Alaska 99501-1954
3   Telephone: (907) 279-9696
    Facsimile:   (907) 279-4239

4   Attorneys for Crowley Marine Services, Inc.

5

6

7                   UNITED STATES DISTRICT COURT

8                         DISTRICT OF ALASKA

9

10  GARY J. CROCHET,                    )
                                        )
11                        Plaintiff,    )
                                        )
12      vs.                             )
                                        )
13  CROWLEY MARINE SERVICES,            )
    INC.,                               )   Case No. 3:05-CV-288-RRB
14                                      )
                                        )
15                        Defendant.    )   **UNOPPOSED MOTION FOR**
                                        )   **EXTENSION OF TIME TO FILE**
16  _____ )   **REPLY MEMORANDUM**

17          Defendant Crowley Marine Services, Inc., by and through counsel,

18  moves the court for an extension of time to file its reply to plaintiff's Opposition to

19  Defendant's Motion for Partial Summary Judgment.  Defendant requests that the

20  time for filing its reply memorandum be extended to May 5, which is also the

21  deadline for filing defendant's opposition to plaintiff's cross motion for partial

22  summary judgment.

23          Defendant's counsel has contacted counsel for plaintiff and is

24  authorized to inform the court that plaintiff's counsel does not oppose the time

25  extension being sought.   This motion is supported by the affidavit of counsel

26  submitted herewith.

1

2                                        KEESAL, YOUNG & LOGAN
                                         Attorneys for Crowley Marine Services, Inc.
3

4                                        s/DOUGLAS R. DAVIS
                                         1029 W. Third Avenue, Suite 650
5                                        Anchorage, AK  99501
                                         (907) 279-9696
6                                        (907) 279-4239 facsimile
                                         doug.davis@kyl.com
                                         Alaska Bar No. 7605022
7

8

9    CERTIFICATE OF SERVICE:

10   I HEREBY CERTIFY THAT I CAUSED TO
     BE SERVED A TRUE AND CORRECT COPY
11   OF THE FOREGOING THIS 25TH DAY OF
     APRIL, 2006 TO:

12

13   Via US Mail

14   Michael J. Patterson
     Heather L. Gardner
15   Law Office of Michael J. Patterson
     810 W. 2nd Avenue
16   Anchorage, AK 99501

17   s/ DOUGLAS R. DAVIS

18

19

20

21

22

23

24

25

26

                                        - 2 -