DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CROWLEY MARINE SERVICES, ) | Case No. 3:05-CV-288-RRB |
| INC., ) | |
| ) | |
| Defendant. ) | **[PROPOSED] ORDER** |
| ) | |

IT IS HEREBY ORDERED that Defendant may have until May 5, 2006 to file its Reply Memorandum to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

- 2 -

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 25TH DAY OF APRIL, 2006 TO:

Via US Mail

Michael J. Patterson
Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK 99501

 s/DOUGLAS R. DAVIS