1  DOUGLAS R. DAVIS
   KEESAL, YOUNG & LOGAN
2  1029 West Third Avenue, Suite 650
   Anchorage, Alaska 99501-1954
3  Telephone: (907) 279-9696
   Facsimile: (907) 279-4239
4
   Attorneys for Crowley Marine Services, Inc.
5

6

7                  UNITED STATES DISTRICT COURT

8                     DISTRICT OF ALASKA

9  GARY J. CROCHET,                      )
                                         )
10                        Plaintiff,     )
                                         )
11            vs.                        )
                                         )
12  CROWLEY MARINE SERVICES,             )   Case No. 3:05-CV-288-RRB
    INC.,                                )
13                                       )
                          Defendant.     )   **AFFIDAVIT OF COUNSEL IN**
14                                       )   **SUPPORT OF  UNOPPOSED**
                                         )   **MOTION FOR EXTENSION OF**
15                                       )   **TIME TO FILE REPLY**
                                         )   **MEMORANDUM**
16  _____)

17        Douglas R. Davis, being first duly sworn upon oath, deposes and

18  states:

19        1.    He is counsel for defendant Crowley Marine Services, Inc. in

20  the above action.

21        2.    Defendant's reply to plaintiff's opposition to defendant's motion

22  for partial summary judgment regarding plaintiff's wrongful termination claim is

23  due April 27, 2006.

24        3.    Defendant's opposition to plaintiff's cross motion for summary

25  judgment would be due on May 5, 2006.

26        4.    Defendant is requesting a brief time extension for filing its

1  reply memorandum, and respectfully requests it be allowed until May 5, 2006 to

2  file its reply memorandum, since many of the issues presented by the present

3  motion for summary judgment are the same or overlap.

4          5.     I have spoken with plaintiff's counsel and am authorized to

5  inform the court that plaintiff's counsel does not oppose the request for extension

6  of time.

7          Further affiant sayeth naught.

8

9                                                    _____

10                                                   Douglas R. Davis

11  SUBSCRIBED AND SWORN TO before
    me this 25th day of April, 2006.

12

13  _____

    Notary Public

14  My Commission Expires: Oct. 23, 2006

15

16  CERTIFICATE OF SERVICE:

17  I HEREBY CERTIFY THAT I CAUSED TO
    BE SERVED A TRUE AND CORRECT COPY
    OF THE FOREGOING THIS 25TH DAY OF

18  APRIL, 2006 TO:

19  Via US Mail

20  Michael J. Patterson
    Heather L. Gardner

21  Law Office of Michael J. Patterson
    810 W. 2nd Avenue

22  Anchorage, AK 99501

23

24

25

26

STATE OF ALASKA
NOTARY PUBLIC
Kendra John
My Commission Expires Oct. 23, 2006

- 2 -