DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>      Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>      Defendant. | Case No. 3:05-cv-0288-TMB<br><br>**REPLY TO PLAINTIFF'S OPPOSITION TO CROWLEY'S MOTION TO AMEND ANSWER** |

   Plaintiff opposes defendant's motion to amend its answer simply by referring to its opposition to Crowley's motion for partial summary judgment seeking dismissal of plaintiff's wrongful termination claim. Plaintiff offers no case law authority for the proposition that the motion to amend defendant's answer should be denied. Likewise, plaintiff offers no evidence of any prejudice, undue delay or dilatory motive which might otherwise serve as a basis for denial of a motion to amend under Fed.R.Civ.P. 15.

As stated in defendant's memorandum in support of its motion to amend, the policy underlying Rule 15 as evidenced by the case law interpreting the rule is that leave to amend should be freely granted, and a policy of allowing an amended pleading is to be liberally applied. As plaintiff has failed to identify or prove any of the limited exceptions to this policy which are discussed in the authorities cited in defendant's memorandum, the proposed amendment should be allowed. In this case, there is absolutely no showing of any prejudice whatsoever which might otherwise serve as a basis for denial of the motion. Absent any strong showing of prejudice or any of the remaining factors discussed in *Foman v. Davis*, 371 U.S. 178, 83 S. Ct. 227, 9 L.Ed.2 222 (1962), the presumption in favor of granting leave to amend has not been overcome, and the proposed amendment should be permitted.

DATED at Anchorage, Alaska this 28th day of April, 2006.

KEESAL, YOUNG & LOGAN
Attorneys for Crowley Marine Services, Inc.

s/DOUGLAS R. DAVIS
1029 W. Third Avenue, Suite 650
Anchorage, AK  99501
(907) 279-9696
(907) 279-4239 facsimile
doug.davis@kyl.com
Alaska Bar No. 7605022

1  <u>CERTIFICATE OF SERVICE:</u>

2  I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY
3  OF THE FOREGOING THIS 28TH DAY OF APRIL, 2006 TO:

4

5  Via Mail and email

6  Heather L. Gardner
   Law Office of Michael J. Patterson
7  810 W. 2nd Avenue
   Anchorage, AK  99501

8
   <u>s/Douglas R. Davis</u>
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPLY
*CROCHET v. CROWLEY MARINE SERVICES, INC.*