DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>    Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.,<br><br>    Defendant. | Case No. 3:05-CV-288-TMB<br><br>**NOTICE TO COURT AND REQUEST FOR TIME EXTENSION** |

    Counsel for defendant wishes to advise the Court that counsel for the parties in this matter have attempted to confer and respond to the Court's order requiring a status report which was dated May 9, 2006.  Because of time schedules, counsel have not had sufficient opportunity to confer on the questions and issues raised in the Court's order, and accordingly respectfully request a time extension of until June 9 to file their report.

Respectfully submitted this 23rd day of May, 2006.

KEESAL, YOUNG & LOGAN
Attorneys for Crowley Marine Services, Inc.

s/DOUGLAS R. DAVIS
1029 W. Third Avenue, Suite 650
Anchorage, AK  99501
(907) 279-9696
(907) 279-4239 facsimile
doug.davis@kyl.com
Alaska Bar No. 7605022

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 23RD DAY OF MAY, 2006 TO:

Via Email

Michael J. Patterson
Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK 99501

s/ DOUGLAS R. DAVIS