DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile:   (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>    Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.,<br><br>    Defendant. | Case No. 3:05-CV-288-TMB<br><br>**ORDER RE REQUEST FOR TIME EXTENSION** |

  IT IS HEREBY ORDERED that counsel may have until June 9, 2006 to file their status report to the Court.

                _____
                TIMOTHY M. BURGESS
                UNITED STATES DISTRICT COURT JUDGE

- 2 -

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 23RD DAY OF MAY, 2006 TO:

Via Email

Michael J. Patterson
Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK 99501

s/ DOUGLAS R. DAVIS