DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,                    ) | Case No.  3:05-cv-0288-TMB |
|                            Plaintiff,     ) | |
|        vs.                                    ) | |
| CROWLEY MARINE SERVICES, INC.  ) | **UNOPPOSED MOTION FOR CONTINUANCE OF PRETRIAL DEADLINES** |
|                          Defendant.    ) | |
| _____ ) | |

      Defendant Crowley Marine Services moves the court for an order granting a continuance of the current pretrial deadlines.  Counsel for plaintiff does not oppose the motion.  This motion is supported by the attached memorandum and affidavit of counsel for defendant.

DATED at Anchorage, Alaska this 18th day of August, 2006.

KEESAL, YOUNG & LOGAN
Attorneys for Crowley Marine Services, Inc.

s/DOUGLAS R. DAVIS
1029 W. Third Avenue, Suite 650
Anchorage, AK  99501
(907) 279-9696
(907) 279-4239 facsimile
doug.davis@kyl.com
Alaska Bar No. 7605022

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO
BE SERVED A TRUE AND CORRECT COPY
OF THE FOREGOING THIS 18TH DAY OF
AUGUST, 2006 TO:

Via Email

Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK  99501

s/ DOUGLAS R. DAVIS