DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

GARY J. CROCHET,            )
                            )  Case No. 3:05-cv-0288-TMB
            Plaintiff,      )
                            )
    vs.                     )
                            )
CROWLEY MARINE SERVICES, INC.) **AFFIDAVIT OF COUNSEL IN**
                            ) **SUPPORT OF MOTION FOR**
            Defendant.      ) **CONTINUANCE OF PRETRIAL**
                            ) **DEADLINES**
                            )
                            )
                            )

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

      Douglas R. Davis, being duly sworn upon oath, deposes and states as follows:

      1.    He is counsel for defendant in this action.

      2.    On August 18, 2006, he contacted Heather Gardner, counsel for plaintiff, to seek counsel's nonopposition to the present motion. Counsel for

Exhibit 1
Page 1 of 2 Pages

1  plaintiff indicated that she would agree to the motion to continue pre-trial
2  deadlines, and would join in requesting the court for a scheduling conference to
3  establish new pretrial deadlines in the case.
4      FURTHER AFFIANT SAYETH NOT.

_____
DOUGLAS R. DAVIS

    SUBSCRIBED & SWORN TO before me this 18th day of August, 2006.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 11-28-07

Exhibit 1
Page 2 of 2 Pages

CROCHET v. CROWLEY MARINE SERVICES, INC.
Case No.: 3:05-cv-0288-RRB