DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone:  (907) 279-9696
Facsimile:   (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>              Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>              Defendant. | Case No.  3:05-cv-0288-TMB<br><br><br><br><br>**ORDER** |

The Court having considered the unopposed motion by defendant Crowley Marine Services, Inc. for continuance of pretrial deadlines,

IT IS HEREBY ORDERED that present pretrial deadlines are vacated.  The court will set a new scheduling conference.

DATED at Anchorage, Alaska this _____ day of August, 2006.

_____
TIMOTHY BURGESS
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 18TH DAY OF AUGUST, 2006 TO:

Via Email

Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK  99501

s/ DOUGLAS R. DAVIS