1  DOUGLAS R. DAVIS
   KEESAL, YOUNG & LOGAN
2  1029 West Third Avenue, Suite 650
   Anchorage, Alaska 99501-1954
3  doug.davis@kyl.com
   Telephone:  (907) 279-9696
4  Facsimile:   (907) 279-4239

5  Attorneys for Crowley Marine Services, Inc.

6

7            IN THE UNITED STATES DISTRICT COURT

8                FOR THE DISTRICT OF ALASKA

9

10
    GARY J. CROCHET,                    )
11                                      )   Case No.  3:05-cv-0288-TMB
                          Plaintiff,    )
12                                      )
            vs.                         )
13                                      )
    CROWLEY MARINE SERVICES, INC.       )   **AFFIDAVIT OF COUNSEL IN**
14                                      )   **SUPPORT OF MOTION FOR**
                          Defendant.    )   **CONTINUANCE OF PRETRIAL**
15                                      )   **DEADLINES**
                                        )
16                                      )
                                        )
17                                      )
    _____

18

19
    STATE OF ALASKA            )
20                             ) ss.
    THIRD JUDICIAL DISTRICT     )
21

22            Douglas R. Davis, being duly sworn upon oath, deposes and states as

23  follows:

24            1.    He is counsel for defendant in this action.

25            2.    On August 18, 2006, he contacted Heather Gardner, counsel for

26  plaintiff, to seek counsel's nonopposition to the present motion.  Counsel for

Exhibit 1
Page 1 of 2 Pages

1 | plaintiff indicated that she would agree to the motion to continue pre-trial
2 | deadlines, and would join in requesting the court for a scheduling conference to
3 | establish new pretrial deadlines in the case.

4 |      FURTHER AFFIANT SAYETH NOT.

6 | DOUGLAS R. DAVIS

7 |      SUBSCRIBED & SWORN TO before me this 18th day of August,
8 | 2006.

10 | NOTARY PUBLIC in and for Alaska
11 | My Commission Expires: 11-28-07