DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>　　　　　　Defendant. | Case No. 3:05-cv-0288-TMB<br><br><br><br>**MEMORANDUM IN SUPPORT OF<br>MOTION TO CONTINUE<br>PRETRIAL DEADLINES** |

　　　　Defendant Crowley Marine Services moves the court for an order continuing pretrial deadlines presently established in this case. No trial date has been set. Neither party has previously sought a continuance in this matter. Plaintiff does not oppose the motion for continuance. See Affidavit of Counsel attached as Exhibit 1.

　　　　Plaintiff alleges that he sustained an injury to his neck in October 2004 when he slipped and fell on board defendant's barge while plaintiff was employed as chief mate on board the barge. On June 28, 2006, plaintiff

underwent surgery to his neck which included anterior cervical decompression at two levels in his neck along with fusion of the cervical vertebrae. Plaintiff has not yet had time to fully recover from his surgery. Therefore it will not be possible to properly evaluate his present medical and physical condition in time to comply with various pretrial deadlines which are now pending. The present pretrial order calls for exchange of expert reports on September 1, 2006. The parties will not have adequate time to prepare and serve expert witness reports on the issues of plaintiff's ability to return to work, and the ultimate impact, if any, of this alleged accident on plaintiff's ability to work in the future. Since plaintiff claims that he is totally disabled from returning to work as a seaman due to his alleged accident, defendant should have an opportunity to have its experts review and evaluate plaintiff's medical condition and his ability to return to the workforce once he has had sufficient time to recuperate and heal from his surgery. Defendant should be allowed to have an independent medical evaluation of plaintiff once he has fully recovered.

With expert witness disclosures now due September 1, 2006, and final revised witness lists due September 29, 2006, the parties will not be able to adequately prepare and complete discovery by the scheduled deadline of November 30, 2006. Defendant therefore seeks a continuance of the present pretrial deadlines so as to better accommodate the needs of the parties with respect to completing discovery.

Additionally, defendant presently has pending before the court a motion for partial summary judgment regarding plaintiff's claims for wrongful discharge. The motion is now ripe for decision, and defendant is hopeful that the court's ruling on the motion will simplify the issues remaining for trial in this case. Therefore, defendant also requests the present continuance to allow time

for completion of the court's decision on the motion so that the parties can then focus on the issues to be tried in the case and complete their discovery in an orderly fashion.

The present motion for continuance is not opposed by counsel for plaintiff, and is not sought to delay prosecution of this case. The parties should be allowed sufficient time to develop their claims and defenses which are in large part based upon plaintiff's recuperation from his surgery, and the motion now pending before the court.

Defendant accordingly now respectfully requests that the court vacate the present scheduling and planning order and that a status order be scheduled as soon as convenient so that a new pretrial schedule can be established.

DATED at Anchorage, Alaska this 18th day of August, 2006.

KEESAL, YOUNG & LOGAN
Attorneys for Crowley Marine Services, Inc.

s/DOUGLAS R. DAVIS
1029 W. Third Avenue, Suite 650
Anchorage, AK  99501
(907) 279-9696
(907) 279-4239 facsimile
doug.davis@kyl.com
Alaska Bar No. 7605022

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 18TH DAY OF AUGUST, 2006 TO:

Via Email

Heather L. Gardner
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK  99501

s/ DOUGLAS R. DAVIS

*CROCHET v. CROWLEY MARINE SERVICES, INC.*