Heather L. Gardner, Esq.
Michael J. Patterson, Esq.
810 W. Second Avenue
Anchorage, Alaska 99501
Phone: (907)276-7966
Fax: (907)276-0479

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CROWLEY MARINE ) <br> SERVICES, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | PLAINTIFF'S STATUS REPORT <br><br><br> Case No. A05- 288 CV (RRB) |

COMES NOW Plaintiff, GARY CROCHET, by and through his attorneys, HEATHER L. GARDNER and MICHAEL J. PATTERSON, and hereby provides a status report as ordered by the court.

The parties were not able to agree on a time for expert reports. The plaintiff will agree to a 60 day continuance for expert reports and associated deadlines.

DATED this 8th day of September, 2006, at Anchorage, Alaska.

LAW OFFICE OF MICHAEL J. PATTERSON
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
SBN: 7806051   PHONE: 907-276-7966   FAX: 907-276-0479

LAW OFFICE OF MICHAEL J. PATTERSON
Attorney for Plaintiff

*Michael J. Patterson* (signature)

_____
Michael J. Patterson, Esq.

I hereby certify that a copy of the
foregoing document was hand-
delivered/mailed to the following on the
l8th day of September, 2006:

Douglas R. Davis, Esq.
1029 W. Third Avenue Suite 650
Anchorage, Alaska 99501

by: *Joyce Gardner* (signature)

LAW OFFICE OF MICHAEL J. PATTERSON
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
SBN: 7806051   PHONE: 907-276-7966   FAX: 907-276-0479

Plaintiff's Status Report - Page 2 of 2
Crochet v. Crowley Maritime
Case No.: A05-288 CV (RRB)