1  DOUGLAS R. DAVIS
   KEESAL, YOUNG & LOGAN
2  1029 West Third Avenue, Suite 650
   Anchorage, Alaska 99501-1954
3  doug.davis@kyl.com
   Telephone: (907) 279-9696
4  Facsimile:  (907) 279-4239

5  Attorneys for Crowley Marine Services, Inc.

6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ALASKA

9

10
   GARY J. CROCHET,                 )
11                                   )  Case No. 3:05-cv-0288-TMB
                   Plaintiff,        )
12                                   )
          vs.                        )
13                                   )
   CROWLEY MARINE SERVICES, INC.    )  **DECLARATION OF DOUGLAS R.**
14                                   )  **DAVIS**
                   Defendant.        )
15                                   )
                                     )
16                                   )
                                     )
17 _____)

18

19      I, Douglas R. Davis, declare as follows:

20      1.   I am counsel for defendant Crowley Marine Services, Inc.
21 (hereinafter "Crowley") in this action. Crowley has retained orthopedic specialist
22 Dr. Dean Ricketts to evaluate plaintiff's medical condition. Dr. Ricketts has
23 reviewed plaintiff's medical records including the surgical report dated June 28,
24 2006 which discusses the surgical procedure utilized in plaintiff's neck fusion
25 surgery performed that day.
26

2. On September 5, 2006, I spoke to Dr. Ricketts to ask him when, in his experience, patients who have undergone this type of surgery are sufficiently recovered so that their future prognosis can be medically evaluated to determine whether they have reached maximum recovery from the surgery. According to Dr. Ricketts, patients undergoing this type of surgery are not sufficiently stable in order to have their condition evaluated until between three to six months post-surgery.

I declare under penalty of perjury under the laws of the state of Alaska and the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska this 8th day of September, 2006.

_____
DOUGLAS R. DAVIS

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 8TH DAY OF SEPTEMBER, 2006 TO:

Via Email

Heather L. Gardner
Michael Patterson
Law Office of Michael J. Patterson
810 W. 2nd Avenue
Anchorage, AK 99501

s/ DOUGLAS R. DAVIS

Case No.: 3:05-cv-0288-RRB                                                                 Page 2 of 2