```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA


        GARY J. CROCHET   vs.   CROWLEY MARINE SERVICES, INC.


BEFORE THE HONORABLE  TIMOTHY M. BURGESS

CASE NO  3:05-cv-00288-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES: PLAINTIFF: Heather Leigh Gardner, Michael Patterson


             DEFENDANT: Douglas R. Davis

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT(DKT 13)
(HELD 12/21/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:06 a.m. Court convened.

Court and counsel heard.

Motion for summary judgment taken under advisement.  Court shall
issue a written ruling.

Parties exchange of expert reports are due by 1/31/06, final
witness lists are extended until February 15, 2006.

At 10:51 a.m. court adjourned.
```

DATE: December 21, 2006      DEPUTY CLERK'S INITIALS: pld