MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GARY J. CROCHET  vs.  CROWLEY MARINE SERVICES, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:05-cv-00288-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES: PLAINTIFF: Heather Leigh Gardner, Michael Patterson

DEFENDANT: Douglas R. Davis

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT (DKT 13) (HELD 12/21/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:06 a.m. Court convened.

Court and counsel heard.

Motion for summary judgment taken under advisement. Court shall issue a written ruling.

Parties exchange of expert reports are due by 1/31/07, final witness lists are extended until February 15, 2007.

At 10:51 a.m. court adjourned.

DATE: December 21, 2006     DEPUTY CLERK'S INITIALS: pld