DATED this 31st day of January, 2007, at Anchorage, Alaska.

```
                          LAW OFFICE OF MICHAEL J.  PATTERSON
                          Attorney for Plaintiff


                          _____/s/_____
                          Michael J.  Patterson, Esq.
```

I hereby certify that a copy of the
foregoing document was hand-
delivered/mailed to the following on the
31st day of January, 2007:

Douglas R.  Davis, Esq.
1029 W.  Third Avenue Suite 650
Anchorage, Alaska 99501

by: _____/s/_____
      Joyce Gardner

**LAW OFFICE OF MICHAEL J. PATTERSON**
ANCHORAGE, ALASKA 99501  PHONE: 907-276-7966  FAX: 907-276-0479
SBN: 7806051
810 W. 2ND AVENUE

Retained Expert Reports - Page 2 of 2
Crochet v. Crowley
Case No.  A05-288 CV (RRB)