DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GARY J. CROCHET,              )<br>                              )<br>             Plaintiff,       )<br>                              )<br>    vs.                       )<br>                              )  Case No.  3:05-cv-0288-TMB<br>CROWLEY MARINE SERVICES, INC.))<br>                              )<br>             Defendant.       )<br>_____) | |

**<u>NOTICE OF SETTLEMENT</u>**

Counsel for defendant wishes to advise the court that the parties in this action have reached a settlement agreement.  Once final settlement documents have been exchanged, the parties will execute a stipulation to dismiss with prejudice.

DATED at Anchorage, Alaska this 14th day of March, 2007.

KEESAL, YOUNG & LOGAN
Attorneys for Crowley Marine Services, Inc.

/S/DOUGLAS R. DAVIS
_____
1029 W. THIRD AVENUE, SUITE 650
ANCHORAGE, AK  99501
(907) 279-9696
(907) 279-4239 FACSIMILE
DOUG.DAVIS@KYL.COM
ALASKA BAR NO. 7605022

<u>CERTIFICATE OF SERVICE</u>:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 14TH DAY OF MARCH, 2007 TO:

VIA EMAIL

MICHAEL J. PATTERSON
HEATHER L. GARDNER
LAW OFFICE OF MICHAEL J. PATTERSON
810 W. 2ND AVENUE
ANCHORAGE, AK 99501


     /S/DOUGLAS R. DAVIS


4074-40(#143514)