DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>    Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>    Defendant. | Case No. 3:05-cv-0288-TMB |

## STIPULATION TO DISMISS WITH PREJUDICE

COME NOW, the parties by and through respective counsel and stipulate and agree that this matter may be dismissed with prejudice, with the parties to bear their respective costs and fees.

|   |   |
|---|---|
| 1 | DATED at Anchorage, Alaska this _29th_ day of March, 2007. |
| 2 | |
| 3 | KEESAL, YOUNG & LOGAN<br>Attorneys for Crowley Marine Services, Inc. |

_/s/ Douglas R. Davis_

DOUGLAS R. DAVIS
1029 W. THIRD AVENUE, SUITE 650
ANCHORAGE, AK 99501
(907) 279-9696
(907) 279-4239 FACSIMILE
DOUG.DAVIS@KYL.COM
ALASKA BAR NO. 7605022

LAW OFFICE OF MICHAEL PATTERSON
Attorneys For Gary Crochet

_/s/ Michael J. Patterson_

810 W. 2ND AVENUE
ANCHORAGE, AK 99501
(907) 276-7966
(907) 276-0479
ALASKA BAR NO.

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 29th DAY OF MARCH, 2007 TO:

VIA EMAIL

MICHAEL J. PATTERSON
HEATHER L. GARDNER
LAW OFFICE OF MICHAEL J. PATTERSON
810 W. 2ND AVENUE
ANCHORAGE, AK 99501

_/s/ Kendra ____

4074-40(#143514)

STIPULATION TO DISMISS
_CROCHET v. CROWLEY MARINE SERVICES, INC._
Case No.: 3:05-cv-0288-TMB                                    Page 2 of 2