1

2   DOUGLAS R. DAVIS
    KEESAL, YOUNG & LOGAN
3   1029 West Third Avenue, Suite 650
    Anchorage, Alaska 99501-1954
4   doug.davis@kyl.com
    Telephone:  (907) 279-9696
5   Facsimile:   (907) 279-4239

6   Attorneys for Crowley Marine Services, Inc.

7

8

9

10

11

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

12  GARY J. CROCHET,                          )
                                             )
13                        Plaintiff,          )
                                             )
14            vs.                             )
                                             )   Case No.  3:05-cv-0288-TMB
15  CROWLEY MARINE SERVICES, INC.            )
                                             )
16                        Defendant.          )
                                             )
17  ──────────────────────────────────

## STIPULATION TO DISMISS WITH PREJUDICE

18

19          COME NOW, the parties by and through respective counsel and

20  stipulate and agree that this matter may be dismissed with prejudice, with the

21  parties to bear their respective costs and fees.

22

23

24

25

26

1     DATED at Anchorage, Alaska this _29th_ day of March, 2007.

2

3          KEESAL, YOUNG & LOGAN
           Attorneys for Crowley Marine Services, Inc.

4

5          DOUGLAS R. DAVIS
           1029 W. THIRD AVENUE, SUITE 650

6          ANCHORAGE, AK  99501
           (907) 279-9696

7          (907) 279-4239 FACSIMILE
           DOUG.DAVIS@KYL.COM

8          ALASKA BAR NO. 7605022

9

10         LAW OFFICE OF MICHAEL PATTERSON
          Attorneys For Gary Crochet

11

12

13         810 W. 2ND AVENUE
          ANCHORAGE, AK  99501

14         (907) 276-7966
          (907) 276-0479

15         ALASKA BAR NO.

16   CERTIFICATE OF SERVICE:

17 I HEREBY CERTIFY THAT I CAUSED TO
BE SERVED A TRUE AND CORRECT COPY
OF THE FOREGOING THIS _29_ DAY OF

18 MARCH, 2007 TO:

19 VIA EMAIL

20 MICHAEL J. PATTERSON
HEATHER L. GARDNER
LAW OFFICE OF MICHAEL J. PATTERSON

21 810 W. 2ND AVENUE
ANCHORAGE, AK 99501

22

23

24 4074-40(#143514)

25

26

STIPULATION TO DISMISS
*CROCHET v. CROWLEY MARINE SERVICES, INC.*
Case No.: 3:05-cv-0288-TMB               Page 2 of 2