DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
doug.davis@kyl.com
Telephone: (907) 279-9696
Facsimile:   (907) 279-4239

Attorneys for Crowley Marine Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GARY J. CROCHET,<br><br>                Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.  3:05-cv-0288-TMB<br>)<br>)<br>)<br>) |

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court having considered the stipulation of plaintiff and defendant for dismissal of all claims,

IT IS HEREBY ORDERED that all claims in this action are hereby dismissed with prejudice, the parties to bear their respective costs and fees.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

_____
HON. TIMOTHY BURGESS
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 30th DAY OF MARCH, 2007 TO:

VIA EMAIL

MICHAEL J. PATTERSON
HEATHER L. GARDNER
LAW OFFICE OF MICHAEL J. PATTERSON
810 W. 2ND AVENUE
ANCHORAGE, AK 99501

_____/S/DOUGLAS R. DAVIS_____

4074-40(#143514)