# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:05-cv-0288-TMB |
| CROWLEY MARINE SERVICES, INC. | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having considered the stipulation of plaintiff and defendant for dismissal of all claims,

**IT IS HEREBY ORDERED** that all claims in this action are hereby dismissed with prejudice, the parties to bear their respective costs and fees.

Dated this 9th day of April, 2007.

/S/ TIMOTHY M. BURGESS
Timothy M. Burgess
U.S. District Court Judge