# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY J. CROCHET,<br><br>    Plaintiff,<br><br>vs.<br><br>CROWLEY MARINE SERVICES, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.  3:05-cv-0288-TMB<br>)<br>)<br>)<br>)<br>) |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having considered the stipulation of plaintiff and defendant for dismissal of all claims,

**IT IS HEREBY ORDERED** that all claims in this action are hereby dismissed with prejudice, the parties to bear their respective costs and fees.

Dated this 9th day of April, 2007.

                /S/ TIMOTHY M. BURGESS
                Timothy M. Burgess
                U.S. District Court Judge